**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00079-CV

**EDDIE & SHIRLEY JONES AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**HSBC BANK USA NATIONAL ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 13-06600-A**

## ORDER

Because the reporter's record was filed August 5, 2014, we **VACATE** our May 2, 2014 order submitting the appeal without the reporter's record. The reporter's record is considered duly filed as of August 5, 2014.

Appellants' brief remains due September 10, 2014.

/s/    ELIZABETH LANG-MIERS
JUSTICE